UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LENOIR SMITH, | No. 2:15-cv-1598 KJN P |
| Plaintiff, | |
| v. | ORDER |
| DARREN ALBEE, et al., | |
| Defendants. | |

On February 10, 2016, plaintiff filed a motion requesting that prison officials provide plaintiff with his legal files, and notified the court of his change of address to Tehachapi. Since that filing, however, plaintiff has been transferred to the Sacramento County Jail, and then to High Desert State Prison. Because plaintiff is no longer housed in Tehachapi, his request for court order directed to prison officials is now moot. However, due to plaintiff's frequent transfers, the court will grant him additional time in which to file his amended complaint.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion (ECF No. 17) is denied without prejudice; and

2. Plaintiff is granted up to and including May 2, 2016, in which to file his amended complaint. Failure to file an amended complaint will result in a recommendation that this action be dismissed.

Dated: March 23, 2016

/smit1598.36c

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE