AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Eastern **District of** California

MICHAEL LENOIR SMITH
       Plaintiff (s),

V.

DARREN ALBEE, et al.
       Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:15-cv-1598 JAM KJN (PC)

Notice is hereby given that, subject to approval by the court, __County of Sacramento__ substitutes
(Party (s) Name)

__Carl L. Fessenden__, State Bar No. __161494__ as counsel of record in place
(Name of New Attorney)

place of __Peter C. Zilaff__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

 Firm Name:   Porter Scott

 Address:    350 University Avenue, Suite 200, Sacramento, CA 95825

 Telephone:   (916) 929-1481     Facsimile (916) 927-3706

 E-Mail (Optional):  cfessenden@porterscott.com

I consent to the above substitution.         /s/ Robyn Truitt Drivon

Date:  November 2, 2018           Robyn Truitt Drivon
                      (Signature of Party (s))

I consent to being substituted.          /s/ Peter C. Zilaff

Date:  November 2, 2018            Peter C. Zilaff
                      (Signature of Former Attorney (s))

I consent to the above substitution.

Date:  November 5, 2018           /s/ Carl L. Fessenden
                      (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:  Nov. 19, 2018            /s/ Kendall J. Newman
                         Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**
/smit1598.sub