UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL LENOIR SMITH,

Plaintiff,

v.

DARREN ALBEE, et al.,

Defendants.

No. 2:15-cv-1598 JAM KJN P

ORDER

Plaintiff is a state prisoner, proceeding pro se. On February 14, 2019, plaintiff filed a response to the defendants' opposition to plaintiff's motion for leave to amend. However, plaintiff's response was not signed.

Parties proceeding without counsel are required to sign all pleadings, motions, and other papers submitted to the court for filing. Fed. R. Civ. P. 11(a). Thus, the court is unable to consider plaintiff's response unless he signs it.

Plaintiff is granted an opportunity to re-file his response, including a signature page bearing his signature. However, plaintiff is cautioned that this is not an opportunity for him to file a new or amended response, but rather to provide a signature on the response filed on February 14, 2019. Further, plaintiff is warned that failure to submit his signed response could result in an order denying plaintiff's motion to amend without considering his unsigned response,

1

or recommending dismissal of this action based on his failure to comply with this court's order. Fed. R. Civ. P. 41(b).

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall send plaintiff a copy of plaintiff's February 14, 2019 response, without the banner across the top (ECF No. 55); and

2. Within twenty-one days, plaintiff shall re-file his signed response.

Dated: May 14, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/smit1598.r11