UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LENOIR SMITH,<br><br>Plaintiff,<br><br>v.<br><br>DARREN ALBEE, et al.,<br><br>Defendants. | No. 2:15-cv-1598 JAM KJN P<br><br><br><br>ORDER |

On February 20, 2020, plaintiff filed a request for reconsideration of the magistrate judge's order filed January 17, 2020, denying defendants' motion for terminating sanctions, but awarding defendants monetary sanctions in the amount of $1,440.00, which order was stayed pending a showing that plaintiff has the ability to pay $1440.00. On February 24, 2020, defendants filed an opposition.

Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Id.  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration (ECF No. 85), the order of the magistrate judge filed January 17, 2020 (ECF No. 84), is affirmed.

DATED: May 26, 2020

/s/ John A. Mendez_____  _____

UNITED STATES DISTRICT COURT JUDGE

1