UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LENOIR SMITH,<br><br>   Plaintiff,<br><br>   v.<br><br>SGT. GREGORY, et al.,<br><br>   Defendants. | No. 2:15-cv-1598 JAM KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding pro se. On December 9, 2020, plaintiff filed a motion for extension of time to file a separate supplemental reply. (ECF No. 97.) However, plaintiff already filed a reply and an addition to his reply to defendants' response to plaintiff's objections to the September 22, 2020 findings and recommendations. Moreover, on December 8, 2020, the same day plaintiff signed the instant motion, the district court adopted the findings and recommendations, and judgment was entered for defendants. Thus, plaintiff's motion is denied.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion (ECF No. 97) is denied.

Dated: December 28, 2020

/s/ Kendall J. Newman
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

smit1598.36d

1